FILED

05/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0146

IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No. DA 24-0146

IN RE THE MARRIAGE OF:

BENJAMIN MARTIN,

Petitioner and Appellant.

and

BRANDI WILLIAMS,

Respondent and Appellee.

**ORDER**

Appellee Brandi Williams filed a motion to extend the deadline for filing her *Appellee's Brief* to a date 15 days after the parties' mediation, which has yet to be scheduled. Appellant does not oppose the motion. For good cause appearing, the motion is GRANTED. After mediation is scheduled, Appellee shall file a notice with this Court setting forth the filing deadline for her *Appellee's Brief*.

The Clerk is directed to serve a copy of this Order to Appellant and all counsel of record.

Dated this _____ day of May, 2024.

For the Court,

_____
Chief Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 13 2024